**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 316 WAL 2016

             Respondent          :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Superior Court

             v.                   :

BRYANT JONES,                  :

             Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.